UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISRAEL CHAVELA-LIRA, individually and in behalf of all other individuals similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>EAST COAST COMPANIES, INC., d/b/a EAST COAST PAVING & SITE DEVELOPMENT; and ROBERT VAN TASSELL, jointly and severally,<br><br>Defendants. | 20 CV 6160 (SRC) (CLW) |

## **JUDGMENT**

Chesler, S. R.,

Upon the notice of the acceptance of the offer of judgment, it is **ordered, adjudged, and decreed—**

1. The plaintiff Israel Chavela-Lira does recover of the defendants East Coast Companies, Inc., d/b/a East Coast Paving & Site Development; and Robert Van Tassell, jointly and severally $60,000.00, inclusive of costs, expenses, attorneys' fees, and interest; and

2. The plaintiff has execution therefore.

Dated: Newark, New Jersey
      10-13-2021

s/ Stanley R. Chesler
_____
Stanley R. Chesler,
United States District Judge

1